**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00648-BNB

AUDREY LEE TENNYSON,

    Plaintiff,

v.

MATTHEW CARPENTER, Chief of Unit Managers,
ROBERT SPARKS, Unit Manager,
"THE SUPERIORS," Identities Not Yet Known,
VANCE EVERETT, K.C.C.C. Warden,
KIT CARSON CORRECTIONAL CENTER,
TOM CLEMENTS, C.D.O.C. Executive Director, and
COLORADO DEPARTMENT OF CORRECTIONS,
    Individually and In Their Official Capacities,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request (ECF No. 21) filed on June 18, 2013, for a free copy of the docket sheet in this action is DENIED. Plaintiff may obtain copies of the docket sheet and electronic documents filed in this action at a cost of $.50 per page paid in advance. Plaintiff is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

    Plaintiff's renewed motion (ECF No. 19) for appointment of counsel filed on June 3, 2013, is DENIED as premature.

    Plaintiff's motion (ECF No. 17) for leave to file an amended complaint in excess of thirty pages also filed on June 3 is DENIED as unnecessary.

Dated: June 19, 2013