IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00648-LTB

AUDREY LEE TENNYSON,

    Plaintiff,

v.

MATTHEW CARPENTER, Chief of Unit Managers,
ROBERT SPARKS, Unit Manager,
"THE SUPERIORS," Not Yet Identified,
VANCE EVERETT, K.C.C.C. Warden,
KIT CARSON CORRECTIONAL CENTER, Private Prison, and
ROGER WERHOLTZ, C.D.O.C. Executive Director,

    Defendants.

## ORDER REINSTATING CASE

    Pursuant to the Order and Judgment of the United States Court of Appeals for the Tenth Circuit filed on March 18, 2014 (ECF No. 35), and the Tenth Circuit mandate filed on April 16, 2014 (ECF No. 37), this civil action will be reinstated.

    Accordingly, it is

    ORDERED that this civil action is reinstated pursuant to the Order and Judgment of the United States Court of Appeals for the Tenth Circuit filed on March 18, 2014 (ECF No. 35), and the Tenth Circuit mandate filed on April 16, 2014 (ECF No. 37). It is

FURTHER ORDERED that the case shall be reassigned to the *pro se* docket.

DATED at Denver, Colorado, this  7th  day of      May            , 2014.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court