IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00648-MSK-CBS

AUDREY LEE TENNYSON,

    Plaintiff,

v.

MATTHEW CARPENTER, Chief of Unit Managers,
ROBERT SPARKS, Unit Manager,
"THE SUPERIORS," Not Yet Identified,
VANCE EVERETT, K.C.C.C. Warden,
KIT CARSON CORRECTIONAL CENTER, Private Prison, and
ROGER WERHOLTZ, C.D.O.C. Executive Director,

    Defendants.

---

**ORDER GRANTING MOTION TO CONDUCT DEPOSITION OF INCARCERATED INMATE PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)**

---

    THE COURT, having reviewed the Motion to Conduct Deposition of Incarcerated Inmate Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B), being fully advised, and for good cause shown, HEREBY GRANTS the Motion. Defendants may conduct the deposition of Plaintiff Audrey Lee Tennyson, DOC #141795, on a date convenient for both the correctional facility where Mr. Tennyson is incarcerated and counsel for all of the parties.

DATED at Denver, Colorado, on December 12, 2014.

                                              BY THE COURT:

                                              *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge