IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-00648-MSK-CBS | Date:  September 17, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                              *Counsel:*

AUDREY LEE TENNYSON,                               Brice Tondre

Plaintiff,

v.

MATTHEW CARPENTER, *et al.,*                    Andrew Ringel

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:29 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[82] Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint*.

Argument and discussion regarding the motion.

**ORDERED:**   For the reasons stated on the record. *[82] Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint* is **GRANTED**.  The second amended complaint Is deemed as filed today.

The fourteen days in which to file an objection begins today.  If more time is needed due to obtaining a transcript, Mr. Ringel shall inform the court.

**ORDERED:**   A Telephone Status Conference is set for **October 15, 2015 at 1:30 p.m.** to discuss if additional discovery is needed with the addition of Mr. Dycus to the case.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

HEARING CONCLUDED.

**Court in recess: 02:21 p.m.**
Total time in court: 00:52

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.