IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00648-MSK-CBS

AUDREY LEE TENNYSON,

        Plaintiff,

v.

MATTHEW CARPENTER,

        Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motion for Summary Judgment by Chief Judge Marcia S. Krieger (**Doc. #106**) filed on February 16, 2016 it is

ORDERED that Judgment is entered in favor of Defendant on Mr. Tennyson's claims under the First Amendment.

The case will be closed.

Dated this 16th day February, 2016.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Patricia Glover
                                        Deputy Clerk